■ The People of the State of New York, Respondent, v Raheim Durden, Appellant. [971 NYS2d 475]—Application by the appellant for a writ of error coram nobis, inter alia, in effect, to vacate, on the ground of ineffective assistance of trial counsel, a decision and order on motion of this Court dated January 11, 2005, which dismissed as abandoned an appeal from a judgment of the Supreme Court, Kings County, rendered June 17, 1999, and to reinstate the appeal.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Skelos, Austin and Sgroi, JJ., concur.

■ The People of the State of New York, Respondent, v Marvin Ford, Appellant. [971 NYS2d 703]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Tomei, J.), imposed on May 10, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Azeez*, 95 AD3d 1349 [2012]; *People v Foy*, 89 AD3d 1103 [2011]). Eng, P.J., Rivera, Leventhal and Sgroi, JJ., concur.